IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY WILLIS, Jr.,

    Petitioner,                                     No. 2:12-cv-0100 KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                                     ORDER

/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis.

        The application attacks a conviction issued by the County of San Diego Superior Court. While both this Court, and the United States District Court in the district where petitioner was convicted, have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. This court has not ruled on plaintiff's application to proceed in forma pauperis; and,

2. This matter is transferred to the United States District Court for the Southern District of California.

DATED: January 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0100.108